■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BROOME, Appellant. [604 NYS2d 695] —Judgments, Supreme Court, New York County (George Roberts, J.), rendered October 23, 1989, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Carro, Ross and Asch, JJ.

■ ILEEN SCHAEFFER, Appellant, v UPJOHN COMPANY et al., Respondents. [604 NYS2d 706] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered on or about October 27, 1992, which granted a motion by defendant for summary judgment dismissing plaintiff's amended verified complaint, unanimously affirmed, without costs.

Because plaintiff utterly failed to controvert her mother's sworn and unequivocal testimony that she ingested DES manufactured by a company other than defendant, summary judgment was proper (Hymowitz v Eli Lilly & Co., 73 NY2d 487, 504-505). Concur—Murphy, P. J., Carro, Ross and Asch, JJ.